**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Miguel A Raevenswood                              CHAPTER 13
        Kathryn A Raevenswood fka
Kathryn Sanders                                          BKY. NO. 26-10459 PMM
        Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                          Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
10 Feb 2026, 15:12:02, EST

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322