UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Miguel A Raevenswood
    Kathryn A Raevenswood

        Debtors

Chapter 13
Bankruptcy No.26-10459-PMM

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 13th day of May, 2026, by first class mail upon those listed below:

Miguel A Raevenswood
Kathryn A Raevenswood
342 Nevin St.
Lancaster, PA  17603

**Electronically via CM/ECF System Only:**

MATTHEW LAZARUS, ESQUIRE
LAZARUS LAW, LLC
2173 EMBASSY DR, UNIT 538
LANCASTER, PA  17603

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee