## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kathryn A Raevenswood fka Kathryn Sanders<br>Miguel A Raevenswood<br>      Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC, its successors and/or assigns<br>      Movant<br>   vs. | NO. 26-10459 PMM |
| Kathryn A Raevenswood fka Kathryn Sanders<br>Miguel A Raevenswood<br>      Debtor(s) | |
| Scott F. Waterman<br>      Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about March 4, 2026.

Dated: June 23, 2026

Respectfully submitted,


**/s/ Maggie Soboleski**
Maggie Soboleski, Esquire
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:Kathryn A Raevenswood fka Kathryn Sanders Miguel A Raevenswood | BK NO. 26-10459 PMM |
| **Debtor(s)** | **Chapter 13** |
| Lakeview Loan Servicing, LLC | |
| **Movant** | |
| **vs.** | |
| Kathryn A Raevenswood fka Kathryn Sanders Miguel A Raevenswood | |
| **Debtor(s)** | |
| Scott F. Waterman | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, Maggie Soboleski, certify that on 6/23/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 6/23/2026

**/s/ Maggie Soboleski**
Maggie Soboleski, Esquire
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Kathryn A Raevenswood fka Kathryn Sanders<br>342 Nevin St.<br>Lancaster, PA 17603<br><br>Miguel A Raevenswood<br>342 Nevin St.<br>Lancaster, PA 17603 | Debtors | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Matthew Lazarus<br>Lazarus Law, LLC<br>2173 Embassy Drive Unit 538<br>Lancaster, PA 17603 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |