United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Miguel A Raevenswood

Kathryn A Raevenswood

    Debtors

Case No. 26-10459-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2026 | Form ID: 155 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Miguel A Raevenswood, Kathryn A Raevenswood, 342 Nevin St., Lancaster, PA 17603-3356 |
| 15126279 | + | PENN MEDICINE LANCASTER GENERAL HEALTH, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15129815 | + | PNC Bank, N.A., Boston Portfolio Advisors, 327 Plaza Real, Suite 320, Boca Raton, FL 33432-3901 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15100941 | + | Email/Text: bncnotifications@pheaa.org | Jun 26 2026 01:08:00 | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100951 | + | Email/Text: bncnotifications@pheaa.org | Jun 26 2026 01:08:00 | American Education Services, Attn: Bankruptcy, P.O.Box 2461, Harrisburg, PA 17105-2461 |
| 15100953 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2026 01:13:30 | Citibank/Best Buy, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 15100954 | + | Email/Text: mrdiscen@discover.com | Jun 26 2026 01:08:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15118571 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 26 2026 01:09:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15100955 | | Email/Text: bk@lendmarkfinancial.com | Jun 26 2026 01:08:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 15102626 | ^ | MEBN | Jun 26 2026 00:59:56 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15111366 | ^ | MEBN | Jun 26 2026 00:59:45 | Lakeview Loan Servicing, LLC, c/o M&T BANK, PO BOX 840, Buffalo, NY 14240-0840 |
| 15100956 | | Email/Text: camanagement@mtb.com | Jun 26 2026 01:09:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15100958 | | Email/Text: EBN@Mohela.com | Jun 26 2026 01:08:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15100964 | | Email/Text: EBN@Mohela.com | Jun 26 2026 01:08:00 | Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15134993 | | Email/Text: EBN@Mohela.com | Jun 26 2026 01:08:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15107098 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 26 2026 01:13:26 | MOHELA, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

| | | | | |
|---|---|---|---|---|
| 15111099 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 26 2026 01:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15100957 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 26 2026 01:09:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15100973 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 26 2026 01:02:52 | Mohela/navient, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15100975 | + | Email/Text: Bankruptcies@nragroup.com | Jun 26 2026 01:09:00 | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15104991 | + | Email/PDF: cbp@omf.com | Jun 26 2026 01:03:08 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15107904 | + | Email/Text: bncnotifications@pheaa.org | Jun 26 2026 01:08:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15101368 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 26 2026 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15100976 | + | Email/Text: bankruptcy@rubinrothman.com | Jun 26 2026 01:08:00 | Rubin and Rothman, LLC, 1787 Veterans Highway, Suite 32, Islandia, NY 11749-1500 |
| 15100977 | + | Email/PDF: cbp@omf.com | Jun 26 2026 01:03:09 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15100978 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:03:08 | Synchrony Bank, Attn: Bankruptcy, Pob 669802, Dallas, TX 75266-0955 |
| 15107319 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 26 2026 01:03:11 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15100979 | + | Email/Text: bncmail@w-legal.com | Jun 26 2026 01:09:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15100980 | | Email/Text: bankruptcies@uplift.com | Jun 26 2026 01:08:00 | Uplift, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15101472 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 26 2026 01:03:09 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15100981 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jun 26 2026 01:09:00 | Upst/drb, Dr Bank Loan Operations, Attn: Bankruptc, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 15110202 | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 26 2026 01:09:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15100948 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100949 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100950 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100942 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100943 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100944 | *+ | Aes/Pnc Bank, Attn: Cenkruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100945 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Departent, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100946 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Departent, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100947 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100952 | *+ | American Education Services, Attn: Bankruptcy, P.O.Box 2461, Harrisburg, PA 17105-2461 |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2026 | Form ID: 155 | Total Noticed: 32 |

| | | |
|---|---|---|
| 15100959 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15100960 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15100961 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15100962 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15100963 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15100965 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15100966 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15100967 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15100968 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15100969 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15100970 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15100971 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15100972 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15100974 | *+ | Mohela/navient, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |

TOTAL: 0 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MAGGIE S SOBOLESKI | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW LAZARUS | on behalf of Debtor Miguel A Raevenswood matthew@lazaruslawoffice.com  lazarus.matthewr109146@notify.bestcase.com |
| MATTHEW LAZARUS | on behalf of Joint Debtor Kathryn A Raevenswood matthew@lazaruslawoffice.com lazarus.matthewr109146@notify.bestcase.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4

User: admin

Page 4 of 4

Date Rcvd: Jun 25, 2026

Form ID: 155

Total Noticed: 32

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Miguel A Raevenswood | ) | Case No. 26–10459–pmm |
| | ) | |
| | ) | |
|   Kathryn A Raevenswood | ) | Chapter: 13 |
|   fka Kathryn Sanders | ) | |
|   Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 25, 2026

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court