Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Miguel A Raevenswood
Kathryn A Raevenswood
342 Nevin St.
Lancaster, PA 17603

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-10459-PMM**

Petition Filed Date: 02/05/2026
341 Hearing Date: 03/03/2026
Confirmation Date: 06/25/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/12/2026 | $175.00 | | 04/13/2026 | $175.00 | | 05/12/2026 | $248.00 | |
| 06/12/2026 | $248.00 | | 07/13/2026 | $248.00 | | | | |

**Total Receipts for the Period: $1,094.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $1,342.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MATTHEW LAZARUS, ESQUIRE | Attorney Fees | $3,424.00 | $1,238.64 | $2,185.36 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $479.71 | $0.00 | $479.71 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $129.50 | $0.00 | $129.50 |
| 3 | US DEPARTMENT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | ONEMAIN FINANCIAL GROUP LLC<br>»» 003 | Unsecured Creditors | $1,943.64 | $0.00 | $1,943.64 |
| 5 | MOHELA<br>»» 004 | Unsecured Creditors | $14,036.72 | $0.00 | $14,036.72 |
| 6 | MOHELA<br>»» 005 | Unsecured Creditors | $48,947.92 | $0.00 | $48,947.92 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $366.74 | $0.00 | $366.74 |
| 8 | EDUCATIONAL CREDIT MGMT CORP<br>»» 007 | Unsecured Creditors | $30,189.90 | $0.00 | $30,189.90 |
| 9 | UPSTART NETWORK INC<br>»» 008 | Unsecured Creditors | $1,254.50 | $0.00 | $1,254.50 |
| 10 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $411.78 | $0.00 | $411.78 |
| 11 | M&T BANK<br>»» 010 | Mortgage Arrears | $3,667.63 | $0.00 | $3,667.63 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $2,843.35 | $0.00 | $2,843.35 |
| 13 | LENDMARK FINANCIAL SERVICES LLC<br>»» 012 | Unsecured Creditors | $6,691.81 | $0.00 | $6,691.81 |

**Chapter 13 Case No. 26-10459-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PENN MEDICINE LANCASTER GENERAL HEALTH<br>»» 013 | Unsecured Creditors | $2,788.29 | $0.00 | $2,788.29 |
| 15 | AES<br>»» 014 | Unsecured Creditors | $23,755.72 | $0.00 | $23,755.72 |
| 16 | MOHELA ON BEHALF OF<br>»» 015 | Unsecured Creditors | $128,598.79 | $0.00 | $128,598.79 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,342.00 | Current Monthly Payment: | $248.00 |
| Paid to Claims: | $1,238.64 | Arrearages: | $0.00 |
| Paid to Trustee: | $103.36 | Total Plan Base: | $14,734.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.