**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| **Miguel & Kathryn Raevenswood** | : | **Chapter 13** |
| **Debtor** | : | |
| | : | **Bankruptcy No. 26-10459PMM** |
| | : | |

**ORDER**

AND NOW, to wit this 8th day of October 2026, upon the Debtors' Praecipe to Voluntarily Dismiss Chapter 13 Case Pursuant to 11 USC Section 1307(b);

It is hereby **ORDERED** that the praecipe is **GRANTED,** and the Debtors' Chapter 13 Bankruptcy case is **DISMISSED**.

BY THE COURT

Patricia M. Mayer

Hon. Patricia M. Mayer
U.S. BANKRUPTCY JUDGE