United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-10459-pmm
Miguel A Raevenswood Chapter 13
Kathryn A Raevenswood
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 4
Date Rcvd: Oct 08, 2026 Form ID: pdf900 Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db/jdb | + | Miguel A Raevenswood, Kathryn A Raevenswood, 342 Nevin St., Lancaster, PA 17603-3356 |
| @15126279 | + | PENN MEDICINE LANCASTER GENERAL HEALTH, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| @15129815 | + | PNC Bank, N.A., Boston Portfolio Advisors, 327 Plaza Real, Suite 320, Boca Raton, FL 33432-3901 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 09 2026 02:08:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 09 2026 02:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 09 2026 02:09:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | | Email/Text: bncmail@w-legal.com | Oct 09 2026 02:09:00 | TD BANK USA N.A., C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602, UNITED STATES |
| 15100941 | + | Email/Text: bncnotifications@pheaa.org | Oct 09 2026 02:08:00 | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100951 | + | Email/Text: bncnotifications@pheaa.org | Oct 09 2026 02:08:00 | American Education Services, Attn: Bankruptcy, P.O.Box 2461, Harrisburg, PA 17105-2461 |
| 15100953 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 09 2026 02:16:42 | Citibank/Best Buy, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 15100954 | + | Email/Text: mrdiscen@discover.com | Oct 09 2026 02:08:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15168335 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 09 2026 02:09:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 15118571 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 09 2026 02:09:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15100955 | | Email/Text: bk@lendmarkfinancial.com | Oct 09 2026 02:08:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 15102626 | ^ | MEBN | Oct 09 2026 02:03:31 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15111366 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 09 2026 02:03:22 | Lakeview Loan Servicing, LLC, c/o M&T BANK, PO BOX 840, Buffalo, NY 14240-0840 |
| 15100956 | | Email/Text: camanagement@mtb.com | Oct 09 2026 02:09:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15100958 | | Email/Text: EBN@Mohela.com | Oct 09 2026 02:08:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15100964 | | Email/Text: EBN@Mohela.com | Oct 09 2026 02:08:00 | Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15134993 | | Email/Text: EBN@Mohela.com | Oct 09 2026 02:08:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15107098 | | Email/PDF: Bankruptcy_Prod@mohela.com | Oct 09 2026 02:16:36 | MOHELA, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15111099 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2026 02:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15100957 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2026 02:09:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15100973 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Oct 09 2026 02:16:36 | Mohela/navient, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15100975 | + | Email/Text: Bankruptcies@nragroup.com | Oct 09 2026 02:09:00 | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15104991 | + | Email/PDF: cbp@omf.com | Oct 09 2026 02:16:40 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15107904 | + | Email/Text: bncnotifications@pheaa.org | Oct 09 2026 02:08:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15101368 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 09 2026 02:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15100976 | + | Email/Text: bankruptcy@rubinrothman.com | Oct 09 2026 02:08:00 | Rubin and Rothman, LLC, 1787 Veterans Highway, Suite 32, Islandia, NY 11749-1500 |
| 15100977 | + | Email/PDF: cbp@omf.com | Oct 09 2026 02:16:36 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15100978 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 09 2026 02:16:36 | Synchrony Bank, Attn: Bankruptcy, Pob 669802, Dallas, TX 75266-0955 |
| 15107319 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 09 2026 02:16:33 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15100979 | + | Email/Text: bncmail@w-legal.com | Oct 09 2026 02:09:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15100980 | | Email/Text: bankruptcies@uplift.com | Oct 09 2026 02:08:00 | Uplift, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15101472 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 09 2026 02:16:40 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15100981 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 09 2026 02:09:00 | Upst/drb, Dr Bank Loan Operations, Attn: Bankruptc, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 15110202 | + | Email/Text: peritus@ebn.phinsolutions.com | Oct 09 2026 02:09:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 15100943 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100944 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100945 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100946 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100947 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100948 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100949 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100950 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100942 | *+ | Aes/Pnc Bank, Attn: Bankruptcy Department, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15100952 | *+ | American Education Services, Attn: Bankruptcy, P.O.Box 2461, Harrisburg, PA 17105-2461 |
| 15100959 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15100960 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15100961 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15100962 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15100963 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15100965 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15100966 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15100967 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15100968 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15100969 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15100970 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15100971 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15100972 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15100974 | *+ | Mohela/navient, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |

TOTAL: 0 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| MAGGIE S SOBOLESKI | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW LAZARUS | on behalf of Debtor Miguel A Raevenswood matthew@lazaruslawoffice.com lazarus.matthewr109146@notify.bestcase.com |
| MATTHEW LAZARUS | on behalf of Joint Debtor Kathryn A Raevenswood matthew@lazaruslawoffice.com lazarus.matthewr109146@notify.bestcase.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| **Miguel & Kathryn Raevenswood** | : | **Chapter 13** |
| **Debtor** | : | |
| | : | **Bankruptcy No. 26-10459PMM** |
| | : | |

**ORDER**

AND NOW, to wit this 8th day of October 2026, upon the Debtors' Praecipe to Voluntarily Dismiss Chapter 13 Case Pursuant to 11 USC Section 1307(b);

It is hereby **ORDERED** that the praecipe is **GRANTED,** and the Debtors' Chapter 13 Bankruptcy case is **DISMISSED**.

BY THE COURT

Patricia M. Mayer

Hon. Patricia M. Mayer
U.S. BANKRUPTCY JUDGE